# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Jorge Castrejon ,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                  3:10cv258

Michael Bell,
Supt, Pender Correctional Institution

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 14, 2010 Order.

Signed: June 14, 2010

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court